# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2308

_____

United States of America

*Plaintiff - Appellee*

v.

Melvin Navarro Morgan

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: April 23, 2026
Filed: April 28, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Melvin Morgan appeals the sentence the district court[1] imposed after it found him guilty of drug and firearm offenses following a bench trial. His counsel has requested leave to withdraw, and has filed a brief under *Anders v. California*, 386

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

U.S. 738 (1967), discussing whether the sentence is substantively unreasonable. Morgan has filed a motion for appointment of new counsel. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon careful review, this court concludes that the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (abuse of discretion review); *see also United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013). Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

The judgment is affirmed, counsel is granted leave to withdraw, and Morgan's motion for appointment of new counsel is denied.

_____